UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA

-against-

MARIA ARROYAVE BOTERO

        Defendant
----------------------------------------x

DOCKET NO.
07CR434 (I.G)

Calendared 6/25 P.M. _____
TIME A.M. _____

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2007 ★

LAWRENCE M. HERRMANN, an attorney duly admitted to practice in the State of New York, does hereby affirm to be true under the penalties of law that:

1. I represent the defendant, Maria Arroyave Botero, in the case of U.S. v. Maria Arroyave Botero.

2. I am unavailable to appear on this matter on June 25, 2007 as I am presently engaged in Extradition cases in Bogota, Colombia June 22-29, 2007.

3. I respectfully request that this case be adjourned until the 25th day of July, 2007 for possible disposition and an often requested safety valve session.

Dated: Queens, New York
       June 21, 2007

                            Respectfully Submitted,

                            LAWRENCE M. HERRMANN
                            Attorney for Defendant
                            37-51 76th Street
                            Jackson Heights, New York 11372
                            Tel. (718) 779-6630
                            Fax (718) 565-7278

Adjourned to July 25, 2007
So Ordered.

*I. Leo Glasser*
I. Leo Glasser, USDJ